McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT YEE, | Case No.: 2:18-cv-3196 MCE EFB |
| Plaintiff, | |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | **JOINT STIPULATION AND ORDER RE: DISMISSAL** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this action in its entirety.

Dated: March 12, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney

s/ Chien-Yu Michael Wang
CHIEN-YU MICHAEL WANG
Attorney for the Plaintiff

**ORDER**

1

In accordance with the foregoing stipulation of counsel, and good cause appearing, this matter is hereby dismissed. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE